IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMELIA MOORE | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:23-cv-66-HSO-BWR |
| | § | |
| SAM'S WEST, INC., et al. | § | DEFENDANTS |

## FINAL JUDGMENT OF DISMISSAL

The Court, having sua sponte considered Plaintiff's failure to prosecute and failure to comply with Court Orders [25], [26] & [27], finds that, in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED** that, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with court orders.

**SO ORDERED** this the 1st day of November, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE